IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **CHRISTOPHER LEE STANTON,** ) | |
| ) | |
|     **Movant,** ) | |
| ) | |
| **v.** ) | No. 3:13-cv-1446 |
| ) | |
| **UNITED STATES OF AMERICA,** ) | Judge Trauger |
| ) | |
|     **Respondent.** ) | |

### ORDER

This court entered an order denying Christopher Lee Stanton's § 2255 motion to vacate, set aside or correct his sentence on April 25, 2014, 2014. (ECF No. 13.) Now before the court is the movant's notice of appeal.[1]

However, the notice of appeal was not accompanied either by the $505 filing fee or by an application to pursue the appeal *in forma pauperis*. The movant MUST, within **30 DAYS**, cure this deficiency by submitting to this court either the $505 fee or a completed and properly supported motion to proceed on appeal *in forma pauperis*. In accordance with Rule 24(a)(1) of the Federal Rules of Appellate Procedure, the petitioner must attach to his motion an affidavit in which he claims an entitlement to redress and states the issues that he intends to present on appeal.

The movant is forewarned that failure to submit the requisite filing fee or application to proceed on appeal in forma pauperis within the time specified may result in summary dismissal of the appeal.

It is so **ORDERED**.

                                                                       Aleta A. Trauger
                                                                       United States District Judge

---

[1] Rather than filing a notice of appeal in this court, Stanton filed an application for certificate of appealability directly in the Sixth Circuit Court of Appeals. In accordance with Sixth Circuit precedent, that court forwarded the motion to this court to be treated as a notice of appeal. *See McMillan v. Barksdale*, 823 F.2d 981, 983 (6th Cir. 1987) (treating an application for a certificate of probable cause as a notice of appeal). The notice of appeal is deemed to be filed effective May 22, 2014, the day it was received by the Sixth Circuit and forwarded to this court. (*See* June 9, 2014 Letter from P. Elder, 6th Cir. Senior Case Manager, to K. Throckmorton, Clerk, ECF No. 18, at 6.)